IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ROBERT BURDICK and EDNA BURDICK,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO. 05-119E<br>JUDGE COHILL<br>Electronically Filed |

**NOTICE OF ELECTION TO**
**<u>OPT OUT OF ARBITRATION PROGRAM</u>**

AND NOW comes defendant, United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said district, and respectfully files the instant Notice, to wit, that the Defendant does not consent to Arbitration in this case.

WHEREFORE, the defendant, United States of America, respectfully elects to opt out of the arbitration program.

                                            Respectfully submitted,
                                            MARY BETH BUCHANAN
                                            United States Attorney

                                            <u>s/Jessica Lieber Smolar</u>
                                            JESSICA LIEBER SMOLAR
                                            Assistant United States Attorney
                                            United States Post Office & Courthouse
                                            700 Grant Street, Suite 4000
                                            Pittsburgh, PA 15219
                                            PA ID NO. 65406
                                            (412) 894-7419

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the <u>25th</u> day of July, 2005, a copy of the foregoing pleading was electronically filed and/or mailed, postage-prepaid, to:

>Christina S. Nacopoulos, Esq.
>1001 State Street, Suite 1400
>Erie, PA 16501

>    <u>s/Jessica Lieber Smolar</u>
>    JESSICA LIEBER SMOLAR