UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ROBERT BURDICK and<br>EDNA BURDICK<br><br>      Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.05-119 ERIE<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION FOR PLAINTIFFS COUNSEL

AND NOW come the Plaintiffs, WILLIAM ROBERT BURDICK and EDNA BURDICK, by and through her attorney, Christina S. Nacopoulos, Esq., and hereby provide the Court with the following change of address and contact information for their attorney. Please note the following new contact information as follows:

Christina S. Nacopoulos
Attorney At Law
349 West 6th Street
Suite 1
Erie, PA 16507
Phone: (814) 454-4540
Facsimile: (814) 454-4560

Respectfully submitted,

s/Christina S.Nacopoulos
    Christina S. Nacopoulos
    Attorney for Plaintiffs
    PA ID# 86841
    349 West 6th Street
    Suite 1
    Erie, PA 16507
    (814) 454-4540
    fax (814)454-4560

## CERTIFICATE OF SERVICE

I, Christina S. Nacopoulos, Esq., hereby certify that true and correct copies of the foregoing **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION FOR PLAINTIFF'S COUNSEL** has been served to the following counsel of record:

Jessica Lieber Smolar
Assistant United States Attorney
United States Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
Attorney for Defendant, UNITED STATES
OF AMERICA

via electronic filing on this 1st day of November 2005.

s/Christina S.Nacopoulos
Christina S. Nacopoulos
Attorney for Plaintiff