# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Robert Burdick ) <br> Edna Burdick ) <br> ) <br> Plaintiffs ) <br> vs. ) <br> United States of America ) <br> ) <br> ) <br> Defendant ) | No.   CA 05-119 Erie |

HEARING ON   March 29, 2006   Settlement Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

| | |
|---|---|
| Christina S. Nacopoulos, Esq. <br> *William Burdick* <br> *Edna Burdick* <br> Appear for Plaintiff | Jessica Lieber Smolar, Esq., AUSA <br> *Phil O'Connor, Esq. AUSA* <br> <br> Appear for Defendant |
| Hearing Begun  10:52 – 12:34 | Hearing Adjourned to  2:03 – 3:50 |
| Hearing concluded C.A.V. | Stenographer Ron Bench <br> CD:         Index: |

### WITNESSES

| For Plaintiff | For Defendant |
|---|---|
| *Settlement reached on the record.* | |

*C. Snyder*
*Law Clerk*