IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ROBERT BURDICK and EDNA BURDICK, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

Civil Action No. 05-119E

JUDGE COHILL

ELECTRONICALLY FILED

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

_/s/ Christina S. Nacopoulos_
Christina S. Nacopoulos, Esq.
349 West 6th Street, Suite 1
Erie, PA 16507
(814) 454-4540
PA ID No. 86841

Attorney For Plaintiff

MARY BETH BUCHANAN
United States Attorney

_/s/ Jessica Lieber Smolar_
JESSICA LIEBER SMOLAR
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7419
PA I.D. No. 65406

Attorney for Defendant
United States of America

## O R D E R

AND NOW, to wit, this _____ day of _____, 2006, it is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE